■ JOHN T. CLANCY, Respondent, v. JOHN J. HEGARTY, Appellant, et al., Defendant.— In an action to recover damages for libel, the appeal is from an order denying appellant's motion to dismiss the complaint for insufficiency

(Rules Civ. Prac., rule 106, subd. 4). Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Kleinfeld, Christ and Brennan, JJ., concur.